# First District Court of Appeal
## State of Florida

———————————————

No. 1D2023-2426

———————————————

Sterling R. Lanier Jr,

Appellant,

v.

State of Florida,

Appellee.

———————————————

On appeal from the Circuit Court for Escambia County.
Coleman Lee Robinson, Judge.

December 20, 2023

Per Curiam.

DISMISSED. *See Logan v. State*, 846 So. 2d 472, 479 (Fla. 2003).

M.K. Thomas, Nordby, and Long, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Sterling R. Lanier Jr, pro se, Appellant.

Ashley Moody, Attorney General, and Adam Wilson, Assistant Attorney General, Tallahassee, for Appellee.